

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00749-CV

**IN THE INTEREST OF C.G.** and B.G., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06759
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

We withdraw our opinion and judgment dated June 4, 2014. In accordance with this court's opinion of this date, (1) the trial court's "Order Modifying Parent-Child Relationship" is REVERSED; (2) judgment is RENDERED that Shaun Gifford's "Petition to Modify Parent-Child Relationship" is DENIED; and (3) the trial court's "Order Holding [Loretta DiDonato] in Contempt and Granting Judgment for Child Support Arrearage and Attorney's Fees" is AFFIRMED.

Costs of appeal are assessed against the party that incurred them.

SIGNED August 13, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice